# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANNETTE ABEAR,**

           **Plaintiff,**

**-vs-**                                                                 **Case No. 6:06-cv-1851-Orl-22DAB**

**ASTRAZENECA LP, ET AL.,**

           **Defendants.**

## ORDER

This cause comes before the Court for consideration of Defendants' June 7, 2007, Motion Requesting Dismissals Without Prejudice For Failure to Serve Verified Plaintiff Fact Sheets and Medical Records Authorizations (Doc. 9). Pursuant to Case Management Order No. 2, all plaintiffs identified in Defendants' dismissal motion must, within ten business days after Defendants' motion is filed, file a notice with the Court certifying that a completed Plaintiff Fact Sheet (PFS) has since been served on Defendants. Each plaintiff is additionally required to attach documentation to the notice showing that Defendants in fact received the requested PFS. If plaintiffs file a timely notice with attached documentation, the plaintiffs' claims shall not be dismissed.

In the instant case, Defendants sought to dismiss the cases of 580 plaintiffs based on their failure to serve medical records authorizations and to verify PFSs already served. The above-named plaintiff filed a timely notice (Doc. 10) with the Court certifying that Defendants had been served with a PFS verification and a medical records authorization, and appropriately attached documentation indicating that Defendants did in fact receive the documents. Thus, the Court

deems the above-named plaintiff in compliance with the Court's prior discovery orders and shall not dismiss the plaintiff's claims.

Accordingly, it is **ORDERED** that Defendants' dismissal motion (Doc. 9) is **DENIED** as to the above-named plaintiff.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 22, 2007.

ANNE C. CONWAY
United States District Judge