UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

*Jannette Abear v. AstraZeneca LP, et al.*
*6:06-cv-01851-ACC-DAB*
_____/

**ANSWER, AFFIRMATIVE AND/OR SEPARATE DEFENSES, AND DEMAND FOR JURY TRIAL OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP TO PLAINTIFF'S SHORT-FORM COMPLAINT**

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "AstraZeneca"), answer Plaintiff's Short-Form Complaint as follows:

This Answer is filed on behalf of AstraZeneca LP and AstraZeneca Pharmaceuticals LP only, and AstraZeneca makes no response on behalf of other entities. More specifically, AstraZeneca makes no response to the allegations of Plaintiff's Short-Form Complaint on behalf of Astra USA, Inc., AstraZeneca AB, AstraZeneca PLC, and KBI Sub Inc.

## RESPONSES TO ALLEGATIONS

### I. INTRODUCTION

1. AstraZeneca admits that Plaintiff has filed a "Short-Form Complaint and Demand for Jury Trial" in the instant case. AstraZeneca also admits that Plaintiff's claims were severed from the Original Complaint. AstraZeneca states that the Court's Orders of January 26, 2007 and March 7, 2007 speak for themselves. Accordingly, any allegations inconsistent with the plain meaning of those Orders are denied. AstraZeneca denies any remaining or inconsistent allegations of paragraph 1.

2. AstraZeneca admits that, pursuant to approval by the Food and Drug Administration ("FDA"), it manufactures, markets, distributes, and sells SEROQUEL® (quetiapine fumarate) for prescription by licensed physicians in the United States. AstraZeneca denies that it sold SEROQUEL® to Plaintiff, and states that SEROQUEL® is dispensed by pharmacies pursuant to prescriptions written by licensed physicians. AstraZeneca denies any remaining or inconsistent allegations of paragraph 2.

## II. PARTIES

**A. PLAINTIFF**

3. AstraZeneca lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3, and therefore denies same.[1]

**A. DEFENDANTS**

4. AstraZeneca admits that the AstraZeneca AB is the general partner, and that Astra USA, Inc. is the limited partner, of AstraZeneca Pharmaceuticals LP. AstraZeneca further admits that AstraZeneca Pharmaceuticals LP is the general partner, and that KBI Sub Inc. is the limited partner, of AstraZeneca LP. AstraZeneca also admits that AstraZeneca PLC is the ultimate parent company of AstraZeneca LP, AstraZeneca Pharmaceuticals LP, Astra USA, Inc., and AstraZeneca AB. AstraZeneca denies that AstraZeneca PLC, AstraZeneca AB, Astra USA, Inc., and KBI Sub Inc. are proper defendants in this action. AstraZeneca denies any remaining or inconsistent allegations of paragraph 4.

## III. ALLEGATIONS AND CAUSES OF ACTION

5. AstraZeneca hereby adopts and incorporates by reference its responses to Plaintiff's allegations set forth in its Answer to Plaintiff's Original Complaint.

---

[1] AstraZeneca is responding to the Amended Complaint filed on behalf of Martha Fountain but notes that the original complaint and the Court docket refer to plaintiff as Cassandra Fountain on behalf of incapacitated adult Martha Fountain.

## **AFFIRMATIVE DEFENSES**

AstraZeneca hereby adopts and incorporates by reference all of the affirmative defenses set forth in its Answer to Plaintiff's Original Complaint.

AstraZeneca reserves the right to modify, clarify, amend, or supplement these separate or affirmative defenses as discovery proceeds in this case.

## **JURY DEMAND**

AstraZeneca hereby demands a trial by jury.

## **PRAYER**

WHEREFORE, AstraZeneca requests that the Court enter judgment in its favor and against Plaintiff on all counts and allegations of the Short-Form Complaint and that the Court award AstraZeneca costs and such other relief as it deems just and proper.


DATED:  7/12/2007                    s/ Michael W. Davis
                                                                       Michael W. Davis
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036
E-mail:           mdavis@sidley.com

Fred T. Magaziner
Shane T. Prince
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19103
Telephone:     (215) 994-4000
Facsimile:      (215) 994 2222
E-mail:           fred.magaziner@dechert.corn
                    shane.prince@dechert.corn

Attorneys for Defendants AstraZeneca
Pharmaceuticals LP and AstraZeneca LP

# CERTIFICATE OF SERVICE

      I hereby certify that, on the 12th of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that there are no non CM/ECF participants listed as counsel in this case.

      s/ Michael W. Davis
Michael W. Davis
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-mail: mdavis@sidley.com

Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP